## Commonwealth *v.* Foeman, Appellant.

Submitted April 28, 1967. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*P. Richard Klein,* and *Corliss & Klein,* for appellant.

*Thomas A. Pitt, Jr.,* Assistant District Attorney, and *A. Alfred Delduco,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, May 24, 1967:
Order affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.